# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ASOPURU OKEMGBO, *Plaintiff* <br> v. <br> WASHINGTON STATE DEPARTMENT OF ECOLOGY, *Defendant* | ) ) ) ) ) ) Civil Action No. 12-CV-5119-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of Defendant Washington State Department of Ecology.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Defendant's Motion for Summary Judgment (ECF NO. 24).

Date: February 24, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen